**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PROLOGIS NA3NV II, LLC, ) | 3:11-cv-00346-HDM-WGC |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| IGT, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    IGT's motion for leave to submit proposed damages calculations (#91) to the court is granted.  Should ProLogis wish to respond to the calculations, it should do so on or before December 17, 2013. The plaintiff's supplemental submission of revised Exhibit 70(#92) shall also be considered by the court.  Should IGT wish to respond to the plaintiff's calculations, it should also do so on or before December 17, 2013.  On that date the case shall stand submitted.

    IT IS SO ORDERED.

    DATED: This 10th day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE